COURTROOM DEPUTY MINUTES   DATE: 11-22-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 2:56 – 3:10 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB   DEPUTY CLERK: sql
CASE NO.: 2:06mj132-DRB   DEFT. NAME: Jorge GONZALEZ
USA: ~~Snyder~~ Redmond   ATTY: Petersen
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES   NAME: ____

- ☒ kars. — Date of Arrest 11-21-06 or ☐ karsr40
- ☒ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☒ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☒ — Requests appointed Counsel  ☒ ORAL MOTION for Appointment of Counsel
- ☒ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- ☒ koappted — ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained ____
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☒ kdmhrg. — Detention Hearing ☐ held; ☒ set for 11-28-06; 11 am
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $____. Deft released (kloc LR)
- ☐ — ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☒ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for ____
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ karr. — ARRAIGNMENT SET FOR: ____ ☐ HELD. Plea of NOT GUILTY entered.
- ☐ Set for ____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: ____
- DISCOVERY DISCLOSURES DATE: ____
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for ____
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed