# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | ORDER OF TEMPORARY DETENTION |
| ) | PENDING HEARING PURSUANT TO |
| ) | BAIL REFORM ACT |
| v.       ) | |
| ) | |
| JORGE GONZALEZ      ) | CR NO. 2:06MJ132 |

### ORDER ON MOTION

Upon the *motion of the United States for a detention hearing* (Doc.3) and the *oral motion of defense counsel* for a preliminary hearing, it is

**ORDERED** that each motion for a hearing is GRANTED to the extent that a **consolidated detention and preliminary hearing** is set for **November 28, 2006, at 11:00 a.m.. in** District Courtroom 4A, The Frank M. Johnson, Jr. Federal Building and United States Courthouse, Montgomery, Alabama, before the United States Magistrate Judge. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing

Done this 22nd day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE