**COURTROOM DEPUTY MINUTES**                    DATE: 11-28-2006

**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 11:05 — 11:46 am

☐    **INITIAL APPEARANCE**
☐    **BOND HEARING**
☑    **DETENTION HEARING**
☐    **REMOVAL HEARING (R.40)**
☐    **ARRAIGNMENT**
☐ ✓  **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☑    **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE    DRB | DEPUTY CLERK: sql |
| CASE NO.    2:06mj132-DRB | DEFT. NAME: Jorge GONALEZ |
| USA:    Redmond | ATTY: Mike Petersen |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓ CDO) |
| | ( ) Stand In ONLY |
| USPTSO / (USPO): ~~Martin~~ Wood | |

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES   NAME: _____

| | | |
|---|---|---|
| ☐kars. | Date of Arrest _____ | or   ☐ karsr40 |
| ☐kia. | Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator | |
| ☐kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel   ☐ **ORAL MOTION for Appointment of Counsel** | |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐koappted | **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.** | |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐  To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☑kdmhrg. | **Detention Hearing** ☑ held; ☐ set for _____ | |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐kocondrls. | Release order entered.  Deft. advised of conditions of release | |
| ☐kbnd. | ☐**BOND EXECUTED (M/D AL charges) $** _____ .  Deft released (kloc LR) | |
| | ☐**BOND EXECUTED (R.40 charges)** - deft to report to originating district as ordered | |
| ☐kloc.(LC) | Bond **NOT** executed.  Deft to remain in Marshal's custody | |
| ☑ | Preliminary Hearing ☐ Set for _____ | |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☑ | Court finds **PROBABLE CAUSE.**  Defendant bound over to the Grand Jury. | |
| ☐karr. | **ARRAIGNMENT** SET FOR: _____  ☐ **HELD.** Plea of **NOT GUILTY** entered. | |
| | ☐Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | **DISCOVERY DISCLOSURES DATE:** _____ | |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐kwvspt. | **Waiver of Speedy Trial Act Rights Executed** | |

✎AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

## WITNESS AND EXHIBIT RECORD

| DATE 11/28/2006 | CASE NUMBER 2:06mj132-DRB | OPERATOR S. Q. Long, Jr., Courtroom Deputy | | PAGE NUMBER 2 | |
|---|---|---|---|---|---|

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Robert Thornton | Redmond | Petersen | Yes | No | MJ BOYD |
| Sandra Wood | Petersen | Redmond | Yes | No | MJ BOYD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |