FILED
DEC 13 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. **2:06CR-295-MEF**-CSC |
| ) | [31 USC 5332(a)(1)] |
| JORGE GONZALEZ ) | |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 21, 2006, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant

### JORGE GONZALEZ,

did, with intent to evade a currency reporting requirement under Title 31 United States Code, Section 5316, knowingly conceal $132,615.00 in United States currency in a box within a conveyance, namely a tractor trailer, a better description of which is unknown to the Grand Jury, and did transport and attempt to transport said currency within said conveyance from the United States of America to Mexico, in violation of Title 31, United States Code, Section 5332(a)(1).

### Forfeiture Allegation

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for a violation of Title 31, United States Code, Section 5332(a)(1) as alleged in Count 1 of this indictment, the defendant, shall forfeit to the United States pursuant to Title 31, United States Code, Section 5332(b)(2), any property, real of personal involved in the violations alleged in Count 1 of this indictment and any property traceable to such property.

C.  If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

   (1)   cannot be located upon the exercise of due diligence;

   (2)   has been transferred or sold to, or deposited with, a third person;

(3)   has been placed beyond the jurisdiction of the Court;

(4)   has been substantially diminished in value; or

(5)   has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property, all in violation of Title 31, United States Code, Sections 5331 and 5332.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
JOHN T. HARMON
ASSISTANT U.S. ATTORNEY

_____
SUSAN R. REDMOND
ASSISTANT U.S. ATTORNEY

2