IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:06CR295-MEF |
| | ) | |
| JORGE GONZALEZ | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____December 27, 2006,_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

**JORGE GONZALEZ**

before the United States District Court at _____One Church Street, Montgomery, AL_____

in Courtroom 4-B on the 27th Day of _____December, 2006_____

at _____10:00 a.m._____

DONE this __14th__ day of December, 2006.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: *Kelli Gregg*
Deputy Clerk