| | | |
|---|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** | DECEMBER 27, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** | 11:42 - 11:48 |

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**         DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR-295-MEF-CSC**         DEFT. NAME: **JORGE GONZALEZ**

USA: ~~SUSAN REDMOND~~ Andrew Schiff         ATTY: **MICHAEL PETERSEN**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ___ does ___ does NOT need an interpreter; NAME: _____

| | | |
|---|---|---|
| ☐ Kars. | Date of Arrest _____ or ☐ Rule 5 Arrest | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| ☐ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel. | |
| ☐ koappted | ORAL ORDER appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ Prelim. Hrg Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR). ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| √ Karr. | ARRAIGNMENT SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered. √ Trial Term 3/12/07 ☐ PRETRIAL CONFERENCE DATE: _____ √ DISCOVERY DISCLOSURES DATE: 12/27/06 | |