IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr295-MEF |
| | ) | |
| JORGE GONZALEZ | ) | |

## NOTICE OF BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars:

Through the violation of Title 31, United States Code, Section 5332(a)(1), as alleged in Count 1 of the indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 31, United States Code, Section 5332(b)(2):

> One Hundred Thirty-Two Thousand Six Hundred Fifteen Dollars ($132,615.00) in United States currency seized from Jorge Gonzalez on November 21, 2006.

Respectfully submitted this 5th day of January, 2007.

```
                    FOR THE UNITED STATES ATTORNEY
                         LEURA G. CANARY



                     /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201 (36104)
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Susan R. Redmond** and **Michael J. Petersen**.

```
                     /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
```