COURTROOM DEPUTY MINUTES      DATE: JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA    DIGITAL RECORDED: 1:27 - 1:30

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR-295-MEF-CSC    **DEFENDANT NAME:** JORGE GONZALEZ

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. SUSAN REDMOND | ATTY. MICHAEL PETERSEN |

---

✓ **DISCOVERY STATUS:** Complete. Deft requested additional discovery items

✓ **PENDING MOTION STATUS:** Motion for Bill of Particulars filed by USA; Motion to Suppress Search filed by Deft; M/Suppress maybe dispositive; Deft will file M/ Continue the trial;

☐ **PLEA STATUS:**

✓ **TRIAL STATUS:** 2 days to try case.

✓ **REMARKS:** Will wait to see when DJ continue to trial, then set hrg on M/Suppress.