**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 2:06cr295-MEF-CSC |
| | ) | |
| **JORGE GONZALEZ** | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, Jorge Gonzalez, through undersigned counsel, Michael Petersen, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)( B), and respectfully moves the Court for an Order continuing this matter from the March 12, 2007 Trial Term. In support of this motion, the Defendant would show the following:

1. On January 10, 2007, undersigned counsel filed a Motion to Suppress which should it be granted, would likely be dispositive of the matter at issue.

2. Undersigned counsel has also requested additional discovery materials from the government, and in open court at this matter's pre-trial status conference, Assistant United States Attorney Susan Redmond stated that the government would respond to the defendant's additional discovery request on January 17, 2007.

3. These additional discovery materials may cause the Defendant to supplement his Motion to Suppress with additional supporting facts.

4. Counsel for the government was granted an extension of time of five days to respond to the Defendant's Motion to Suppress by oral order of the court on January 12, 2007.

5. The United States, through Assistant United States Attorney Susan Redmond, has no opposition to a continuance.

6.	Mr. Gonzalez has already executed a waiver of speedy trial. A waiver of speedy trial is appropriate in this case pursuant to 18 U.S.C. §3161(h)(1)(f) because Mr. Gonzalez has filed a Motion to Suppress which if granted, would be dispositive of the matter before the Court.

7.	Denial of a continuance would likely make a continuation of these proceedings impossible, or result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(i). Moreover, a period of delay granted pursuant to this request should be excluded in computing the time within which the trial of this matter must be commenced. See 18 U.S.C. § 3161(h) (1) (I), § 3161(h)(2).

8.	This continuance is not being sought for purposes of delay.

9.	For the above reasons, the ends of justice will be served by the granting of a continuance.

WHEREFORE, defendant respectfully requests that this Motion be granted and the trial now set on the March 12, 2007 trial docket be continued to the Court's next trial docket.

Dated this 12th day of January 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:06cr295-MEF-CSC** |
| | ) | |
| **JORGE GONZALEZ** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney.

                                     Respectfully submitted,

                                     s/ Michael J. Petersen
                                     MICHAEL J. PETERSEN
                                     Assistant Federal Defender
                                     201 Monroe Street, Suite 407
                                     Montgomery, Alabama 36104
                                     Phone: (334) 834-2099
                                     Fax: (334) 834-0353
                                     E-mail: michael_petersen@fd.org
                                     ASB-5072-E48M