IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr295-MEF |
| | ) | |
| JORGE GONZALEZ | ) | |

## ORDER

On January 10, 2007, the defendant filed a motion to suppress (doc. # 17). Upon consideration of the motion for leave to file a motion to suppress, and for good cause, it is

ORDERED that on or before **April 25, 2007**, the United States shall file a response to the defendant's motion to suppress. It is further

ORDERED that an evidentiary hearing on the motion to suppress be and is hereby SET for **10:00 a.m. on May 9, 2007** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 18th day of January 2007

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE