IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO: 2:06cr295-MEF-CSC |
| ) | |
| JORGE GONZALEZ   ) | |

**MOTION TO RE-OPEN AND RECONSIDER DETENTION**

**COMES NOW JORGE GONZALEZ** by and through undersigned counsel, Michael J. Petersen, by and through undersigned counsel, and respectfully requests this Honorable Court re-open the previous detention hearing and set a date and time in order that additional evidence may be presented to this Honorable Court, and for reasons therefore would state to wit:

1.  That on November 28, 2006, a Detention Hearing was held before Magistrate Judge, the Honorable Delores Boyd, and;

2.  That at the conclusion of said hearing, the Magistrate Judge found that Mr. Gonzalez should be detained because there is a serious risk that the defendant will flee. (Doc #9)

3.  That on November 28, 2006, the Magistrate Judge issued an Order of Detention On Motion with a single finding of fact, that is, that the defendant posed a serious flight risk. (Doc #9)

4.  In the Written Statement of Reasons, the Magistrate Judge stated:

> Gonzalez has no ties to the state of Alabama save for an outstanding arrest warrant in Hoover, Alabama. Now age 30, he was born in McAllen, Texas, and has lived in that area for most of his life. He does not possess a passport. Though Gonzalez and his parents are naturalized citizens who are longtime residents of Texas, his incentive to flee is heightened both by the nature of his commitment to the Mexico-based drug dealer who is owed the currency (which is the subject of the criminal complaint) and by the potential of his incarceration in Alabama on this charge as well as another outstanding warrant issued by the Hoover, Alabama police

>department for failure to appear on a traffic offense. Additionally, Gonzalez remains on a five-year term of probation imposed for a cocaine possession conviction in Hildago Co., TX on January 23, 2002. His experience as a truck driver and as a United States citizen able to cross the border into Mexico readily enhance his flight risk even if the court required him to engage in different work and be supervised in Texas.

*Id.* at 2.

5. Since November 28, 2006, Mr. Gonzalez has paid the fine associated with the outstanding traffic citation warrant from Hoover, Alabama. *See Attachment 1, Hoover Municipal Court Documents*. This warrant, issued in 2004, appears in no records available to the public. A search of the Alabama Court system (ALACOURT) for warrants and/or traffic citations in the name of Jorge Gonzalez proved fruitless. *See Attachment 2,* ALACOURT Searches. When it came to his attention for the first time in these proceedings, he took immediate steps to correct the situation. On March 9, 2007, the Failure to Appear Arrest Warrant was recalled by the Judge of the Hoover Municipal Court. *See Attachment 1, Warrant Recall Order*.

6. On January 23, 2002, a judgement was entered in the District Court of Hidalgo County, Texas, sentencing Mr. Gonzalez to five (5) years community supervision (probation). This period ended on January 23, 2007. *See Attachment 3, Certified Judgment, 275th District Court, Hidalgo County, Texas*.

7. Mr. Gonzalez was convicted of a felony under the laws of the State of Texas, "possession of a controlled substance, to wit: cocaine, in an amount less than one gram." *See Attach 3, Certified Judgement*. However, as the amount of cocaine involved was less than 1 gram, this does not qualify as a felony pursuant to the Controlled Substances Act (CSA). *See* 21 U.S.C.S. §844(a). The Supreme Court's recent decision in *Lopez v. Gonzales*, 127 S.Ct. 625 (2006), held that conduct made a felony under state law but a misdemeanor under the Controlled Substances Act is not a felony

punishable under the Controlled Substances Act 18 U.S.C. § 924(c)(2). *Lopez*, 127 S. Ct. 627. Although *Lopez* was an immigration matter, it is clear that the decision is applicable to any situation involving matters which are felonies under state laws, but misdemeanors under the CSA. As stated in the opinion, the Supreme Court "granted certiorari to resolve a conflict in the Circuits about the proper understanding of conduct treated as a felony by the State that convicted a defendant of committing it, but as a misdemeanor under the CSA." *Id*. at 629. If the Court had intended this opinion to apply strictly to immigration matters, it would have said so, however, it did not. Therefore, the fact that Mr. Gonzalez has a prior conviction, it is a federal misdemeanor rather than a felony.

8. As the Magistrate Judge stated in her Order of Detention, Mr. Gonzalez is a United States' citizen, born in McAllen, Texas, has resided in the area all of his life. His parents, brother, sister, aunts, uncles, and wife all reside in the area. However, the Magistrate Judge did incorrectly state that both Mr. Gonzalez and his parents are naturalized citizens. Although the Magistrate Judge incorrectly stated Mr. Gonzalez's citizenship status, as he was, as acknowledged in the Order of Detention, born in the United States. Doc #9 at 2. Mr. Gonzalez has substantial ties to the United States, has only remote ties to the nation of Mexico, and as this Court is well aware, it may consider the entire area of the United States as suitable when considering where the defendant will reside pending the outcome of this matter.

9. Mr. Gonzalez respectfully submits that he wishes to submit oral evidence from his wife, Esmeralda Gonzalez as to the location where he would reside should this Honorable Court release him on bond, the installment of a second telephone line to enable electronic monitoring should this Court so order, Mrs. Gonzalez's willingness to act as a third-party custodian, and any other matters this Honorable Court would wish to have presented.

10. That Mr. Gonzalez would respectfully request that this Honorable Court set a date and time for to re-open his detention hearing with at least four days' notice in order that Esmeralda Gonzalez may travel to Montgomery, Alabama in order to present evidence on his behalf to this Honorable Court.

**WHEREFORE, PREMISES CONSIDERED**, your defendant, Jorge Gonzalez, hereby prays this Honorable Court will set date and time for a re-opened detention hearing in order that Mr. Gonzalez might present this additional evidence for the Court's consideration.

**RESPECTFULLY SUBMITTED** this 12th day of March 2007.

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:06cr295-MEF-CSC |
| | ) | |
| JORGE GONZALEZ | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Susan Redmond, Esq.
Assistant United States Attorney
1 Court Square
Montgomery, Alabama 36104

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

```
Hoover Municipal Court
-------------------------

Receipt #: 0000164881

Case #: TR04-0007057

GONZALEZ, JORGE GONZALEZ

IMPROPER LIGHTS

Payment Method: MORDER

Num: D8-632685666

Start Amt Due:   $228.00
Amt Applied:     $228.00-
                 --------
Balance Due:       $0.00

Received by
   [signature]

Fri Mar 09, 2007  9:42 am
```

2280 1454

| State of Alabama<br>Unified Judicial System<br>Form C-68     6/91 | WARRANT RECALL ORDER | Case Number |
|---|---|---|

### IN THE MUNICIPAL COURT OF HOOVER, ALABAMA
### MUNICIPALITY OF HOOVER
### v.
### JORGE GONZALEZ GONZALEZ, DEFENDANT

| Warrant Number | Warrant Issue Date |
|---|---|
| 04-000003920 | 2004-12-16 |

### NOTICE TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above warrant having been issued for the arrest of __JORGE GONZALEZ GONZALEZ__
for the offense of __FAILURE TO APPEAR__ _____ and

☐ the defendant having settled the charge prior to service of the warrant, you are hereby required to RETURN THIS WARRANT immediately as unserved to the clerk of the Court, OR

☐ the above warrant has been lost or misplaced,

☐ other _____

you are hereby notified that the above **WARRANT IS NOW RECALLED** and that arrest pursuant thereto is no longer authorized.

3-9-07                                          [signature]
Date                                            Judge/Magistrate

**A NEW WARRANT HAS BEEN ISSUED AS FOLLOWS** *(To be completed by law enforcement agency and returned to the Court Clerk's Office):*

| New Warrant Number | New Warrant Issue Date |
|---|---|
|  |  |

Date Notice Received _____          Signature _____

Date Warrant Returned _____         Title _____

| ORIGNAL: | To the Law Enforcement Agency. The bottom section of this form should be completed by the Law Enforcement Agency and returned to the Court Clerk along with the WARRANT, if such warrant is available. |
|---|---|
| COPY: | Retained by Court Clerk. The copy of this form may be destroyed by the Court Clerk when the original is returned by the Law Enforcement agency. |

Printed: Fri Mar 09, 2007  9:37 am

# * * * CLEARANCE NOTICE * * *

## COURT REPORT TO THE DEPARTMENT OF PUBLIC SAFETY
## STATE OF ALABAMA

### UTC-6B

### The following person settled case involving charge of a traffic offense.

| Case Number | UTC Number | Alabama County of | Offense Date |
|---|---|---|---|
| TR04-0007057 | M 7220701 | SHELBY | 2004-11-10 |

| Defendant's Name and Address | SSN | Driver's License Number | Class |
|---|---|---|---|
| JORGE GONZALEZ GONZALEZ<br>700 E. SIOUX ROAD #108<br>PHARR, TX 78589 | 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 | TX 02691474 | A |

| Sex | Race | Birth Date |
|---|---|---|
| M | WHITE | 1976-01-01 |

| Vehicle Tag Number | State | Year | Vehicle Description |
|---|---|---|---|
| R6VK36 | TX | 2004 | |

| Offense Description | Municipal Court Address |
|---|---|
| IMPROPER LIGHTS<br>Commercial (Y/N/U) N   Hazardous Mat (Y/N/U) N | Hoover Municipal Court<br>2020 VALLEYDALE ROAD<br>HOOVER AL 35244-2095 |

| Municipal Court ORI | FTA Date | | Court Phone |
|---|---|---|---|
| 001211J | 2004-12-16 | | (205) 444-7526 |

| Final - Convicted of | Cost | Fine | Settled Date |
|---|---|---|---|
| IMPROPER LIGHTS | $208.00 | $20.00 | 2007-03-09 |

| Judge/Magistrate/Clerk Signature | Date |
|---|---|
| [signature] | 2007-03-09 |

Department of Public Safety
Driver License Division
P.O. Box 1471
Montgomery, AL 36102-1471



Name: **Gonzales Jorge**                SSN:

| County | CaseNumber | Name | JID | Charge | Status | DOB | SEX | Race | CA date | CA code | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | DV200100076100 | GONZALES JORGE | REJ | COLONIAL VILLA | D | | | | 11/13/2002 | W | |
| 63 | DC200000429100 | GONZALES JORGE | DDD | FUGITIVE FROM JUSTIC | O | 11/15/1977 | M | W | 09/13/2000 | D | XXX-XX-1546 |
| 55 | TR200300061800 | GONZALES JORGE | WGH | NO DRIVERS LICENSE | F | 4/12/1978 | M | W | | | XXX-XX-0618 |
| 69 | TR200200319700 | GONZALES JORGE | RLB | SPEED | F | 4/12/1978 | M | W | | | XXX-XX-3197 |
| 75 | TR200600206400 | GONZALES JORGE | PKS | SPEEDING-CONST-WORKE | F | 1/20/1981 | M | I | | | XXX-XX-2064 |
| 75 | TR200600206500 | GONZALES JORGE | PKS | NO DRIVERS LICENSE | F | 1/20/1981 | M | I | | | XXX-XX-2064 |
| 02 | CC198200106500 | GONZALES JORGE | | ROBBERY 1 | | | | | | | |
| 25 | DC200300026400 | GONZALES JORGE ANTONIO | KJC | TRAFFICKING-ILL DRUG | B | 3/14/1974 | M | W | 07/13/2004 | D | XXX-XX-0264 |
| 46 | TR200200255400 | GONZALES JORGE C | A-F | SPEED | B | 3/11/1974 | M | W | 11/20/2002 | G | XXX-XX-2554 |
| 64 | TR200300158600 | GONZALES JORGE CASTILLO | JDW | NO DRIVERS LICENSE | F | 7/1/1983 | M | W | | | XXX-XX-1586 |
| 63 | TR200201025600 | GONZALES JORGE JR | DDD | SPEEDING-NO WORKERS- | F | 5/13/1977 | M | W | 05/05/2003 | G | XXX-XX-7938 |
| 28 | DC200505037300 | GONZALES JORGE LUIS | SLW | POSS/REC CONTR. SUBS | B | 10/2/1976 | M | W | 02/14/2006 | B | XXX-XX-9999 |
| 28 | GJ200500048300 | GONZALES JORGE LUIS | | POSS/REC CONTR. SUBS | B | 10/2/1976 | M | W | | | XXX-XX-9999 |
| 28 | CC200600023100 | GONZALES JORGE LUIS | RLC | USE/POSS DRUG PARAPH | B | 10/2/1976 | M | W | | | XXX-XX-9999 |
| 28 | DC200500068700 | GONZALES JORGE LUIS | SLW | USE/POSS DRUG PARAPH | B | 10/2/1976 | M | W | 02/13/2006 | V | XXX-XX-9999 |
| 28 | CC200600017800 | GONZALES JORGE LUIS | RLC | POSS/REC CONTR. SUBS | B | 10/2/1976 | M | W | | | XXX-XX-9999 |
| 13 | DC200200068000 | GONZALES JORGE MEDINA | JCK | ALCOHOL-POSS PROHIB | B | 8/11/1966 | M | W | | | XXX-XX-9155 |
| 13 | DC200200068050 | GONZALES JORGE MEDINA | JCK | BOND FORF-MISD | | | | | 09/12/2002 | Q | XXX-XX-9155 |
| 28 | TR200300085000 | GONZALES JORGE MEDINA | SLW | NO SEAT BELT | F | 8/11/1966 | M | U | | | XXX-XX-2510 |

🛑 **END OF THE REPORT**

Name: **Gonzalez**                                      SSN:

| County | CaseNumber | Name | JID | Charge | Status | DOB | SEX | Race | CA date | CA code | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | TR200600141700 | GONZALEZ JORGE | JTB | SPEED | F | 1/1/1976 | M | W | 09/22/2006 | G | XXX-XX-1417 |
| 52 | TR200500516500 | GONZALEZ MARCOS | DJB | FAIL STOP SIGN | B | 1/1/1976 | M | W | 11/28/2005 | G | XXX-XX-5165 |
| 52 | TR200500516600 | GONZALEZ MARCOS | DJB | OPER VEH W/O INSURAN | B | 1/1/1976 | M | W | 11/28/2005 | G | XXX-XX-5165 |
| 80 | TR200600147500 | GONZALEZ MARCUS TOBIAS | FPL | RUN RED LIGHT | B | 1/1/1976 | M | W | 03/31/2006 | G | XXX-XX-8155 |

**END OF THE REPORT**



Name: **gonzalez jorge**   SSN:

| County | CaseNumber | Name | JID | Charge | Status | DOB | SEX | Race | CA date | CA code | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | TR199800218700 | GONZALEZ JORGE | WGS | SPEED | F | 12/5/1946 | M | W | 08/07/1998 | G | XXX-XX-6226 |
| 05 | TR198700163400 | GONZALEZ JORGE | PSN | SP      /069 IN 55 | B | 2/12/1941 | M | W | 03/06/1987 | G | XXX-XX-1634 |
| 21 | TR200600141700 | GONZALEZ JORGE | JTB | SPEED | F | 1/1/1976 | M | W | 09/22/2006 | G | XXX-XX-1417 |
| 26 | TR200400087700 | GONZALEZ JORGE | WHF | NO DRIVERS LICENSE | F | 4/12/1978 | M | W | | | XXX-XX-0877 |
| 26 | TR200400087800 | GONZALEZ JORGE | WHF | OPER VEH W/O INSURAN | F | 4/12/1978 | M | W | | | XXX-XX-0877 |
| 26 | TR200400087900 | GONZALEZ JORGE | WHF | IMPROPER TAG | F | 4/12/1978 | M | W | | | XXX-XX-0877 |
| 33 | TR200030039300 | GONZALEZ JORGE | SDH | NO DRIVERS LICENSE | F | 8/20/1980 | M | W | 01/02/2006 | F | XXX-XX-0393 |
| 44 | TR200600362100 | GONZALEZ JORGE | JLB | NO SEAT BELT | B | 11/24/1990 | M | W | 05/16/2006 | G | XXX-XX-3621 |
| 55 | TR200300061900 | GONZALEZ JORGE | WGH | FOLLOW TOO CLOSE | F | 4/12/1978 | M | W | | | XXX-XX-0619 |
| 75 | TR200200368900 | GONZALEZ JORGE | JEH | SPEED | B | 11/5/1968 | M | W | 07/09/2002 | G | XXX-XX-3689 |
| 06 | TR200400025600 | GONZALEZ JORGE | CWH | NO DRIVERS LICENSE | F | 4/12/1978 | M | W | | | XXX-XX-9999 |
| 20 | SM200600027400 | GONZALEZ JORGE | GEC | D SOTO DANIEL | D | | | | | | |
| 33 | SM200600044400 | GONZALEZ JORGE | PBM | D SOTO DANIEL | D | | | | | | |
| 52 | CV199700058500 | GONZALEZ JORGE | SWB | D/ROTHSCHILD | D | | | | 05/21/1998 | W | |
| 11 | TR200500344600 | GONZALEZ JORGE A | GWC | SPEED | F | 4/17/1984 | M | W | | | XXX-XX-3446 |
| 11 | TR200500344700 | GONZALEZ JORGE A | GWC | NO DRIVERS LICENSE | B | 4/17/1984 | M | W | 06/24/2005 | G | XXX-XX-3446 |
| 18 | TR200300800500 | GONZALEZ JORGE A | WGS | NO DRIVERS LICENSE | F | 4/17/1983 | M | W | | | XXX-XX-8005 |
| 18 | TR200300800600 | GONZALEZ JORGE A | WGS | OPER VEH W/O INSURAN | F | 4/17/1983 | M | W | | | XXX-XX-8005 |
| 18 | TR200300800700 | GONZALEZ JORGE A | WGS | TINTED WINDOWS | F | 4/17/1983 | M | W | | | XXX-XX-8005 |
| 56 | TR200200074200 | GONZALEZ JORGE A | WPW | NO DRIVERS LICENSE | B | 4/17/1984 | M | W | 08/05/2002 | G | XXX-XX-0742 |
| 30 | TR200600429900 | GONZALEZ JORGE ALBERTO CASTR | JDJ | NO DRIVERS LICENSE | B | 12/5/1977 | M | U | 08/08/2006 | G | XXX-XX-4299 |
| 30 | TR200600430000 | GONZALEZ JORGE ALBERTO CASTR | JDJ | SPEEDING 25MPH OVER | B | 12/5/1977 | M | U | 08/04/2006 | G | XXX-XX-4299 |
| 06 | TR200600022800 | GONZALEZ JORGE ALBERTO CASTR | CWH | NO DRIVERS LICENSE | F | 12/5/1977 | M | W | | | XXX-XX-9999 |
| 06 | TR200600022900 | GONZALEZ JORGE ALBERTO CASTR | CWH | IMPROPER PASSING | F | 12/5/1977 | M | W | | | XXX-XX-9999 |
| 02 | TR199802544200 | GONZALEZ JORGE ALFREDO | GNH | SPEED | F | 3/23/1962 | M | W | | | XXX-XX-5442 |
| 02 | TR198801053700 | GONZALEZ JORGE ALVARADO | DJP | SPEEDING  /077 IN 65 | B | 4/23/1959 | M | W | 10/24/1988 | G | XXX-XX-0537 |
| 63 | DC200500436200 | GONZALEZ JORGE ANTHONY | DDD | POSS MARIJUANA 2ND | B | 12/2/1980 | M | W | 11/02/2005 | F | XXX-XX-6155 |
| 25 | DC200300181300 | GONZALEZ JORGE ANTONIO | TWT | DOM VIO 3RD-ASSAULT | J | 3/14/1974 | M | W | 06/28/2004 | D | XXX-XX-0462 |
| 63 | DC200502170800 | GONZALEZ JORGE ANTONIO | DDD | POSS/REC CONTR. SUBS | B | 12/2/1980 | M | W | 11/15/2005 | V | XXX-XX-6155 |
| 63 | CC200500238000 | GONZALEZ JORGE ANTONIO | JHE | POSS/REC CONTR. SUBS | B | 12/2/1980 | M | W | | | XXX-XX-6155 |
| 35 | TR199900152900 | GONZALEZ JORGE ANTONIO | RLO | SPEED | B | 12/2/1980 | M | W | 11/12/1999 | T | XXX-XX-6155 |
| 63 | TR200401777100 | GONZALEZ JORGE ANTONIO | DDD | NO SEAT BELT | B | 12/2/1980 | M | W | | | XXX-XX-6155 |
| 44 | TR200100243500 | GONZALEZ JORGE ARMANDO FLORE | JWA | NO SEAT BELT | B | 10/24/1984 | M | W | 06/05/2001 | G | XXX-XX-3428 |
| 44 | TR200200271100 | GONZALEZ JORGE ARMANDO FLORE | RMB | OPER VEH W/O INSURAN | B | 10/24/1984 | M | W | 06/28/2002 | G | XXX-XX-3428 |
| 80 | TR200500056200 | GONZALEZ JORGE AUTRO | FPL | DRIVING WRONG SIDE H | B | 5/24/1978 | M | W | 03/22/2005 | D | XXX-XX-0560 |
| 80 | TR200500056000 | GONZALEZ JORGE AUTRO | FPL | DUI | B | 5/24/1978 | M | W | 03/22/2005 | G | XXX-XX-0560 |

| County | CaseNumber | Name | JID | Charge | Status | DOB | SEX | Race | CA date | CA code | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | TR200500056100 | GONZALEZ JORGE AUTRO | FPL | NO DRIVERS LICENSE | B | 5/24/1978 | M | W | 03/22/2005 | G | XXX-XX-0560 |
| 69 | TR200300031700 | GONZALEZ JORGE BARRANCO | RLB | SPEED | F | 4/12/1978 | M | W | | | XXX-XX-0317 |
| 64 | TR200300138800 | GONZALEZ JORGE CASTILLO | JDW | SPEEDING 25MPH OVER | F | 7/1/1985 | M | W | | | XXX-XX-1388 |
| 73 | TR199820216900 | GONZALEZ JORGE COSME | XXX | NO DRIVERS LICENSE | F | 10/16/1972 | M | W | 01/29/1999 | F | XXX-XX-0760 |
| 12 | TR199900137900 | GONZALEZ JORGE E | JGH | SPEED | B | 9/28/1970 | M | W | 05/11/1999 | G | XXX-XX-5227 |
| 57 | TR199100259100 | GONZALEZ JORGE ENRIQUE | GRG | SPEEDING  /076 IN 55 | B | 11/8/1972 | M | W | 12/12/1991 | G | XXX-XX-2591 |
| 30 | TR200600649500 | GONZALEZ JORGE ESTRADA | JDJ | SPEED | B | 3/24/1976 | M | W | 11/02/2006 | G | XXX-XX-6495 |
| 02 | TR198800202300 | GONZALEZ JORGE GARZA | MEM | SPEEDING  /072 IN 55 | B | 9/30/1949 | M | W | 03/30/1988 | G | XXX-XX-2023 |
| 29 | TR200100342500 | GONZALEZ JORGE J | MEC | EXPIRED TAG | B | 6/21/1976 | M | W | 09/20/2001 | G | XXX-XX-5448 |
| 30 | TR200600548100 | GONZALEZ JORGE J | JDJ | SPEED | B | 6/21/1976 | M | U | 09/18/2006 | G | XXX-XX-5481 |
| 11 | TR199600134000 | GONZALEZ JORGE JUAN | LFW | MTR SPEED 60 MPH | B | 5/30/1974 | M | W | 04/19/1996 | G | XXX-XX-7134 |
| 02 | TR199400567200 | GONZALEZ JORGE LUIS | HYT | DRIVING AFTER 70HRS | B | 10/23/1965 | M | W | 06/17/1994 | G | XXX-XX-6823 |
| 02 | TR199400567100 | GONZALEZ JORGE LUIS | HYT | NO PERMIT | B | 10/23/1965 | M | W | 07/12/1994 | G | XXX-XX-3227 |
| 38 | TR198500154900 | GONZALEZ JORGE LUIS | WDM | SPEED    /081 IN 55 | B | 4/27/1969 | M | W | 02/14/1991 | D | XXX-XX-1549 |
| 31 | DC198800020000 | GONZALEZ JORGE MEDINA | CWO | FISH W/O LIC | B | 4/21/1988 | M | A | 04/15/1988 | G | XXX-XX-0200 |
| 47 | TR200000721600 | GONZALEZ JORGE RODOLFO | MLS | SPEEDING 25MPH OVER | F | 2/9/1981 | M | W | 01/16/2001 | G | XXX-XX-7216 |
| 47 | TR200000787400 | GONZALEZ JORGE SALGADO | MLS | OPER VEH W/O INSURAN | B | 8/12/1971 | M | W | 11/17/2000 | G | XXX-XX-7874 |
| 44 | TR200200357400 | GONZALEZ JORGE SANCHEZ | RMB | OPER VEH W/O INSURAN | B | 1/30/1984 | M | W | 08/30/2002 | G | XXX-XX-3574 |
| 44 | TR200200357500 | GONZALEZ JORGE SANCHEZ | RMB | NO DRIVERS LICENSE | B | 1/30/1984 | M | W | 08/30/2002 | G | XXX-XX-3574 |
| 44 | TR200200357600 | GONZALEZ JORGE SANCHEZ | RMB | SPEED | B | 1/30/1984 | M | W | 08/30/2002 | G | XXX-XX-3574 |

 **END OF THE REPORT**

CAUSE NUMBER CR-3536-01-E

| | |
|---|---|
| THE STATE OF TEXAS<br>VS.<br>JORGE GONZALEZ GONZALEZ | IN THE 275TH DISTRICT COURT<br>OF<br>HIDALGO COUNTY, TEXAS |

ORDER OF THE COURT DEFERRING ADJUDICATION
AND PLACING DEFENDANT ON COMMUNITY SUPERVISION AFTER PLEA OF **GUILTY**

Visiting Judge Presiding: FIDENCIO M. GUERRA, JR.

| | |
|---|---|
| Attorney(s) RENE GUERRA, DIST. ATTY., and<br>for State : JESUS SALAZAR, ASSISTANT | Attorney(s) for<br>Defendant: RAUL MEDINA |

Offense Charged: POSSESSION OF CONTROLLED SUBSTANCE, TO-WIT: COCAINE, IN AN AMOUNT OF LESS THAN ONE GRAM
Degree: STATE JAIL FELONY
Date Offense Committed: MARCH 29, 2001

| | |
|---|---|
| Charging Instrument: INDICTMENT | Plea: GUILTY |

Plea Bargain Terms (In Detail):
The Court followed the plea bargain agreement between the State and the Defendant, to-wit: Deferred Adjudication; FIVE (5) years community supervision; $1,000.00 Fine.

Term of Community Supervision: FIVE (5) YEARS

| | |
|---|---|
| Time Spent in Jail : ONE (1) DAY(S) | Fine: $1,000.00<br>Costs: 4??.?? |
| Concurrent Unless Otherwise Specified. | Total Amount of Restitution/NONE |

The Defendant having been charged in the above entitled and numbered cause for the felony offense(s) of **POSSESSION OF A CONTROLLED SUBSTANCE, TO-WIT: COCAINE, IN AN AMOUNT OF LESS THAN ONE GRAM**, and this cause being called for trial, the State appeared by RENE GUERRA, Criminal District Attorney, and Assistant Criminal District Attorney, **JESUS SALAZAR**, and the Defendant, **JORGE GONZALEZ GONZALEZ**, appeared in person and by Counsel, **RAUL MEDINA**, and both parties announced ready for trial. The Defendant was arraigned, then in person, in writing, and in open court, waived the right of trial by jury with the consent and approval of the District Attorney and the Court. The Defendant pled **GUILTY** to the charge contained in the indictment. Thereupon the Defendant was admonished by the Court of the consequences of said plea, including the range of punishment, and that no punishment recommendation by the prosecuting attorney is binding on the Court, and that if the punishment assessed does not exceed the punishment recommended by the State and agreed to by the Defendant and by Counsel, the Defendant may not prosecute an appeal without permission of the Court except for any pre-trial matters raised by written motion. The Defendant persisted in entering the plea and it appearing to the Court that the Defendant was mentally competent and that the plea was free and voluntary, accepted the plea. The Defendant, having in open court and in writing, waived the appearance, confrontation, and cross examination of witnesses, consented to the stipulation of Evidence and to the introduction of testimony by affidavits, written statements of witnesses, and other documentary evidence; such waiver and consent, having been approved by the Court in writing, were filed in the papers of the cause. The plea of the Defendant was received and entered of record upon the minutes. The Court, having heard the indictment read, the Defendant's plea thereto, the evidence submitted, the argument of counsel thereon, found the evidence substantiates the Defendant's guilt of the offense of **POSSESSION OF CONTROLLED SUBSTANCE, TO-WIT: COCAINE, IN AN AMOUNT OF LESS THAN ONE GRAM**, committed on **MARCH 29, 2001**.

The Court, however, is of the opinion that the best interest of society and the Defendant will be served by deferring further proceedings in this cause without entering an adjudication of guilt and placing Defendant on community supervision.

IT IS, THEREFORE, the ORDER of this Court that all further proceedings herein are deferred without entering an adjudication of guilt against the Defendant, and that the Defendant is placed on community supervision for a term of **FIVE (5)** years beginning on this date under the supervision of the Court, subject to the following conditions:

That during the term of the community supervision the defendant shall:

a. Commit no offense against the laws of this State or of any other State or the United States;
b. Avoid injurious or vicious habits;
c. Avoid persons or places of disreputable or harmful character;

058938

| | | |
|---|---|---|
| d. | | Report to the Supervision Officer each month during the community supervision period as directed; to-wit: DURING THE WEEK OF THE *SECOND* MONDAY OF EACH MONTH, commencing *FEBRUARY 11, 2002*, and obey all rules and regulations of the Community Supervision and Corrections Department. |
| e. | | Permit the Supervision Officer to visit him at his home or elsewhere; |
| f. | | Work faithfully at suitable employment as far as possible; |
| g. | | Remain within the limits of Hidalgo County, Texas, unless given permission to leave therefrom; |
| h. | | Pay a FINE in the amount of $*1,000.00*, payable on or before *JULY 1, 2002*, said payments to be made through the Hidlago County Clerk's Collections Department, 100 N. Closner, Edinburg, Texas; |
| i. | | Pay COURT COSTS other than those already ordered in this judgment, payable on or before *MARCH 1, 2002*, said payment to be made through the Hidalgo County Clerk's Collections Department, 100 N. Closner, Edinburg, Texas. |
| j. | | Support any dependents. |
| k. | | Pay COMMUNITY SUPERVISION FEE in the amount of $*25.00* per month, commencing on *FEBRUARY 12, 2002*, and a like payment to be paid on the *12TH* day of each succeeding month thereafter during the community supervision period, said payments to be made through the Community Supervision and Corrections Department, 918 E. Business Highway 83, McAllen, Texas. |
| l. | | Attain an educational skill level that is equal to or greater than the average skill level of students who have completed the sixth grade in public schools in this State by participating fully in the Hidalgo County Community Corrections and Supervision Education and Employment Program, 918 E. Business Highway 83, McAllen, Texas, commencing INSTANTER, comply with the developmental training, and obey all rules and regulations of the program. |
| m. | | Work *100* hours at a community service project(s) for an organization(s) approved by the Judge and designated by the Hidalgo County Community Supervision and Corrections Department at the rate of eight (8) hours per week commencing INSTANTER. |
| n. | | Reimburse the sum of $*140.00* to the Texas Department of Public Safety for the LABORATORY FEES, payable at the rate of $*5.00* per month, commencing *FEBRUARY 12, 2002* and a like payment to be paid on the *12TH* day of each succeeding month until paid in full, said payments to be made through the District Clerk's Office, Hidalgo County Courthouse, Edinburg, Texas. |
| o. | | Submit to random testing for alcohol or controlled substances by authorized personnel of the Hidalgo County Community Supervision and Corrections Department. |
| p. | | Attend and successfully complete a 15-hour drug education program certified by the Texas Commission on Alcohol and Drug Abuse and approved by the Hidalgo County Board of Judges; Pay the costs of the classes directly to the sponsoring agency; Commence and complete the classes within 180 days from the date of this order; and submit a copy of the certificate of completion to the Hidalgo County Community Supervision and Corrections Department. |
| q. | | Submit to screening and evaluation at the Rio Grande Valley Council on Drug and Alcohol Abuse Program, 3511 Alberta, Edinburg, Texas, commencing INSTANTER, participate fully in a prescribed regimen of care and treatment until further ordered by the Court, and obey all rules and regulations of the facility. |
| r. | | Pay to a crime stoppers organization, as defined by Section 414.001, Government Code and as certified by the Crime Stoppers Advisory Council, one payment in the amount of **$25.00** at the office of the Hidalgo County Clerk's Collections Department, 100 N. Closner, Edinburg, Texas, on or before **September 1, 2002**. |
| s. | | Make a **$25.00** donation to Palmer Drug Abuse Program located at 115 N. 9th Street, McAllen, Texas by *September 1, 2002.* |

The Court followed the plea bargain agreement between the State and the Defendant, to-wit: Deferred Adjudication; *FIVE (5)* years community supervision*; $1,000.00 Fine*.

The Court finds that the Defendant has spent **ONE (1)** day(s) in jail pending pronouncement of sentence.

The Clerk of this Court shall furnish a certified copy of this Judgment to the Defendant, and shall note on the docket sheet the date of delivery of such copy.

Upon a violation of any of the foregoing conditions of community supervision, this Court reserves the right to enter an adjudication of guilt, pronounce sentence and punish the Defendant accordingly. This Court further reserves all rights vested in it by law to control, by its further Orders, a modification and termination of the provisions of community supervision hereinabove set out, its jurisdiction being hereby expressly reserved until the full, final and satisfactory fulfillment of the conditions of said community supervision are performed by the Defendant.

Fingerprint from

Right index

finger of Defendant:

(SP)

FIDENCIO M. GUERRA, JR.
VISITING JUDGE PRESIDING

Signed on the _23_ day of January, 2002.

Notice of Appeal: _____

JAN 3 0 2007
DATE _____
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy

058940