IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO.  2:06cr295-MEF |
| | ) | |
| JORGE GONZALEZ | ) | |

**O R D E R**

Now pending before the court is the defendant's motion to reopen and reconsider detention (doc. # 24) filed on March 12, 2007.  Upon consideration of the motion, and for good cause, it is

ORDERED that on or before March 27, 2007, the United States shall file a response to the motion.  It is further

ORDERED that a hearing on the motion to reopen and reconsider detention be and is hereby **SET** for **March 29, 2007 at 9:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing.

Done this 14th day of March, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE