IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 2:06cr295-MEF-CSC** |
| | ) | |
| **JORGE GONZALEZ** | ) | |

### UNOPPOSED MOTION TO RESET HEARING ON
### DEFENDANT'S MOTION TO REOPEN AND RECONSIDER DETENTION

NOW COMES the Defendant, Jorge Gonzalez, through undersigned counsel, Michael Petersen, and respectfully moves the Court for an Order resetting the Hearing on the Defendant's Motion to Reopen and Reconsider Detention now set for 9:00 a.m. on March 29, 2007, to March 27, 2007. In support of this motion, the Defendant would show the following:

1. On March 14, 2007, this Court set a hearing on the defendant's motion to reopen and reconsider detention (Doc #25) for March 29, 2007.

2. On February 26, 2007, undersigned counsel registered to attend the National Seminar on Development and Integration of Mitigation Evidence in Washington, D.C. and purchased non-refundable airline tickets departing Atlanta, Georgia at 11:20 a.m. EST (10:20 a.m. CST).

3. Undersigned counsel will therefore be unavailable to present Mr. Gonzalez's case to this Honorable Court at the time presently set.

4. On March 16, 2007, undersigned counsel conferred with the assigned Assistant Untied States Attorney Susan Redmond concerning this change, and she indicated that the Court would not need to change the March 27, 2007 date that her response to Mr. Gonzalez's petition was due as she would file it with this Court on or before March 23, 2007.

5. The United States, through Assistant United States Attorney Susan Redmond, has no

opposition to the resetting of the hearing to this date.

     6.    For the above reasons, the ends of justice will be served by the granting of a this motion to reset.

     WHEREFORE, defendant respectfully requests that this Motion be granted and the hearing now set for 9:00 a.m. on March 29, 2007 be reset for the afternoon of March 27, 2007.

     Dated this 16th day of March 2007.

                              Respectfully submitted,

                              s/ Michael J. Petersen
                              MICHAEL J. PETERSEN
                              Assistant Federal Defender
                              201 Monroe Street, Suite 407
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail: michael_petersen@fd.org
                              ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:06cr295-MEF-CSC** |
| | ) | |
| **JORGE GONZALEZ** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney.

    Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M