IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v  ) | CR. NO.  2:06cr295-MEF |
| ) | |
| JORGE GONZALEZ ) | |

**O R D E R**

Now pending before the court is the defendant's motion to reset the hearing on his motion reopen and reconsider detention (doc. # 26) filed on March 16, 2007.  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (doc. # 26) be and is hereby GRANTED to the extent that the hearing presently set for March 29, 2007, be and is hereby **RESET** for **March 26, 2007 at 2:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing.

Done this 19th day of March, 2007.

          /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE