# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CRIMINAL NO. 2:06-cr-295-MEF** |
| **JORGE GONZALEZ** ) | |

## RESPONSE TO MOTION TO RECONSIDER

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to the Defendant's Motion to Reconsider (Doc. 24), filed on March 12, 2007, as follows:

1. Pursuant to the findings of the Magistrate Judge at the detention hearing held November 28, 2006, the defendant continues to be a flight risk in that: he has no ties to the State of Alabama (even less now that the Defendant has disposed of the then pending action in the Municipal Court of Hoover, Alabama); still has incentive to flee heightened by the knowledge with which his present incarceration has gifted him and by the nature of his commitment to the Mexico-based drug dealer who is still owed the seized subject currency; and, still has the means, knowledge and ability to readily cross the border into Mexico.

2. Other than the changes noted in Defendant's motion, that being the disposition of the Hoover case and the conclusion of his supervised probation in the District Court of Hidalgo County, Texas, the Government is unaware of any changes in the defendant's status since the November 28, 2006 hearing.

3. The government believes the court has discretion in this matter pursuant to the Federal Rules of Criminal Procedure.

4. The government concurs with the prior decision of the Court.

Respectfully submitted, this the 22nd day of March, 2007.

                                LEURA G. CANARY
                                UNITED STATES ATTORNEY

                                /s/ Susan Redmond
                                SUSAN REDMOND
                                Assistant United States Attorney
                                Post Office Box 197
                                Montgomery, Alabama 36101-0197
                                (334) 223-7280
                                (334) 223-7135 fax
                                susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 2:06-cr-295-MEF |
| **JORGE GONZALEZ** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that the document will be sent to the following CM/ECF participant: Michael J. Petersen.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov