IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-295-MEF |
| | ) | |
| JORGE GONZALEZ | ) | |

## MOTION TO CONTINUE EVIDENTIARY HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a continuance of the evidentiary hearing in this case. In support thereof, we would show the following:

1. An evidentiary hearing is set in this case for May 9, 2007 at 10:00 a.m.

2. The government intends to call a sole witness, Trooper Christopher Faulk.

3. On information and belief, Trooper Faulk will be the only witness to testify in the hearing.

4. Trooper Faulk has informed the United States that due to a medical situation with a family member, he will be unable to testify on the day and time of the presently set hearing.

5. Counsel for the United States has contacted Michael Petersen, attorney for the Defendant, and he has no objection to the hearing being continued.

6. Mr. Petersen has shared with government counsel that he will be unavailable, due to previous client commitments, until May 23, 2007. Mr. Petersen also shared that co-counsel Don Bethel will, likewise, be unavailable because of military commitments.

7. Mr. Petersen has no objection to a continuance of the evidentiary hearing until May 23 or 24, 2007.

8.  The Defendant will not suffer any prejudice should the Court grant this motion.

For the reasons stated above, the United States requests that this Honorable Court grant a continuance of the evidentiary hearing in this case, currently set for May 9, 2007, at 10:00 a.m., until May 23 or 24, 2007.

Respectfully submitted this the 4th day of May, 2007.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Susan R. Redmond
>SUSAN R. REDMOND
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>334.223.7280
>334.223.7135 fax
>susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-295-MEF |
| | ) | |
| JORGE GONZALEZ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Petersen, Esq.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov