IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) CR. NO. 2:06cr295-MEF |
| | ) |
| JORGE GONZALEZ | ) |

**O R D E R**

Now pending before the court is the United States' motion to continue the evidentiary hearing (doc. # 31) filed on May 4, 2007. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to continue the evidentiary hearing (doc. # 31) be and is hereby GRANTED. The evidentiary hearing presently set for May 9, 2007, be and is hereby **RESET** for **May 23, 2007 at 1:30 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing.

Done this 7th day of May, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE