IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-295-MEF |
| | ) | |
| JORGE GONZALEZ | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. #38) filed on June 28, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 19th day of June, 2007.

                                                                            /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE