IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:06-cr-295-MEF |
| | ) |
| JORGE GONZALEZ | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendant's objection (Doc. #37) to the Recommendation of the Magistrate Judge filed on June 13, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #35) filed on May 31, 2007 is adopted;

3. The defendant's motion to suppress is DENIED.

DONE this the 19th day of June, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE