**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 2:06cr295-MEF-CSC** |
| | ) | |
| **JORGE GONZALEZ** | ) | |

**NOTICE OF APPEAL**

**COMES NOW** the Defendant, **JORGE GONZALEZ**, by and through  undersigned counsel, Michael J. Petersen, and files this notice of appeal of this Court's denial of his Motion to Suppress, filed on January 10, 2007.  On May 23, 2007, this Court held an evidentiary hearing as to the Defendant's Motion. The Magistrate Judge issued a Report and Recommendation on May 31, 2007, denying the Defendant's Motion.  This Report and Recommendation was adopted by this Court over the Defendant's Objections on June 19, 2007.  The Defendant is in custody and has previously been found to be indigent. He is therefore entitled, pursuant to 18 U.S.C. § 3006A(d)(7), to proceed with this appeal *in forma pauperis* and without prepayment of fees and costs or security therefore and without meeting the requirements of 28 U.S.C. §1915(a).  *See United States v. Osuna*, 141 F.3d 1412, 1414 (10th Cir. 1998); *United States v. McKee*, 309 F.Supp.2d 1358, 1359 at n.1 (M.D. Ala. 2004).

Dated this the 28th day of September, 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099

Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 2:06cr295-MEF-CSC** |
| | ) | |
| **JORGE GONZALEZ** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

Susan Redmond, Esq., Assistant United States Attorney.

           Respectfully submitted,

           s/ Michael J. Petersen
           MICHAEL J. PETERSEN
           Assistant Federal Defender
           201 Monroe Street, Suite 407
           Montgomery, Alabama 36104
           Phone: (334) 834-2099
           Fax: (334) 834-0353
           E-mail: michael_petersen@fd.org
           ASB-5072-E48M