# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

October 1, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA  30303

USDC No. CV-06-F-295-N

USCA No._____

IN RE: USA VS. JORGE GONZALEZ

---

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes, __ No  Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
_X_ Yes, The Court Reporter(s) is/are: MITCHELL REISNER, RISA ENTREKIN
__No                                Date of Hearing(s): 06/01/07, 07/02/07
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
____ IFP_; and/or APPEALABILITY/CPC is pending in this Court.
__Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid _Yes, X No:_____Date , Receipt#_____
__Appellant has been ___GRANTED;_DENIED IFP, Copy of Oder enclosed.
__Appellant has been ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

---

Certified record on appeal consisting of:
　　　　__Volume(s) of Pleadings, __ Volume(s) of Transcripts,
　　　　___ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)__
　　　　___ Exhibits:____Envelope
　　　　__Volume (s) of Original Papers

---

cc:　　　　　　　　　　Sincerely,

　　　　　　　　　　DEBRA P. HACKETT, CLERK

　　　　　　　　　　By: Yolanda Williams
　　　　　　　　　　　　Deputy Clerk

27BC, APPEAL, CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:06-cr-00295-MEF-CSC All Defendants
### Internal Use Only

Case title: USA v. Gonzalez
Magistrate judge case number: 2:06-mj-00132-CSC

Date Filed: 12/13/2006
Date Terminated: 09/19/2007

Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Charles S. Coody

**Defendant**

**Jorge Gonzalez** (1)
*TERMINATED: 09/19/2007*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Michael J. Petersen**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 334-834-0353
Email: michael_petersen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

31:5332(a)(1); BULK CASH SMUGGLING INTO OR OUT OF THE UNITED STATES; NMT $250,000 [*]; NMT 5Y or B; NMT 3Y SUP REL;

**Disposition**

33 Mos Imp; 3 Yrs Sup Rel; $100 SA

$100 SA; G-LINES; VWPA;
FORFEITURE ALLEGATION
(1)

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

31:5332

### Disposition

### Plaintiff

USA                                          represented by  **John T. Harmon**
                                                             U.S. Attorneys Office
                                                             PO Box 197
                                                             Montgomery, AL 36101-0197
                                                             334-223-7280
                                                             Fax: 334-223-7560
                                                             Email: john.harmon@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Susan R. Redmond**
                                                             U.S. Attorney's Office
                                                             PO Box 197
                                                             Montgomery, AL 36101-0197
                                                             334-223-7280
                                                             Fax: 223-7560
                                                             Email: susan.redmond@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2006 |  | Arrest of Jorge Gonzalez (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |

| | | |
|---|---|---|
| 11/22/2006 | ●1 | COMPLAINT as to Jorge Gonzalez (1). (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | ●2 | *SEALED* WARRANT Issued as to Jorge Gonzalez. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | ●3 | MOTION for Detention Hearing by USA as to Jorge Gonzalez. (Redmond, Susan) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | ●4 | CJA 23 Financial Affidavit by Jorge Gonzalez (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | ● | ORAL MOTION to Appoint Counsel by Jorge Gonzalez. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | ● | ORDER (ORAL) granting [] Oral Motion to Appoint Counsel: Appointed Federal Defender for Jorge Gonzalez as to Jorge Gonzalez (1). Signed by Judge Delores R. Boyd on 11/22/2006. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | ●5 | Minute Entry for proceedings held before Judge Delores R. Boyd :Initial Appearance as to Jorge Gonzalez held on 11/22/2006 (Recording Time 2:56 - 3:10 pm.) (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | ●6 | ORDER as to Jorge Gonzalez Detention Hearing set for 11/28/2006 11:00 AM in Courtroom 4A before Honorable Delores R. Boyd. Preliminary Examination set for 11/28/2006 11:00 AM in Courtroom 4A before Honorable Delores R. Boyd.. Signed by Judge Delores R. Boyd on 11/22/2006. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | | (Court only) ***Motions terminated as to Jorge Gonzalez: 3 MOTION for Detention Hearing filed by USA,. (sql, ) (Entered: 12/15/2006) |
| 11/27/2006 | ●7 | NOTICE OF ATTORNEY APPEARANCE: Michael J. Petersen appearing for Jorge Gonzalez (Petersen, Michael) [2:06-mj-00132-CSC] (Entered: 11/27/2006) |
| 11/28/2006 | ●8 | Minute Entry for proceedings held before Judge Delores R. Boyd :Detention Hearing as to Jorge Gonzalez held on 11/28/2006, Preliminary Examination as to Jorge Gonzalez held on 11/28/2006 (Recording Time 11:05 - 11:46 am.) (Attachments: # 1 Witness List) (sql, ) [2:06-mj-00132-CSC] (Entered: 11/28/2006) |
| 11/28/2006 | ●9 | ORDER OF DETENTION as to Jorge Gonzalez . Signed by Judge Delores R. Boyd on 11/28/2006. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/28/2006) |
| 11/28/2006 | ●10 | Arrest Warrant Returned Executed in case as to Jorge Gonzalez. Defendant arrested on 11/21/2006. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/29/2006) |
| 12/04/2006 | ● | Case as to Jorge Gonzalez Reassigned to Judge Charles S. Coody. Judge Delores R. Boyd no longer assigned to the case. (ws, ) |

| | | |
|---|---|---|
| | | [2:06-mj-00132-CSC] (Entered: 12/04/2006) |
| 12/13/2006 | 11 | INDICTMENT as to Jorge Gonzalez (1) count(s) 1. (kcg, ) Additional attachment(s) added on 12/14/2006 (kcg, ). (Entered: 12/14/2006) |
| 12/13/2006 | 12 | Limits of Punishment as to Jorge Gonzalez: (kcg, ) (Entered: 12/14/2006) |
| 12/14/2006 | 13 | ORDER to Produce Prisoner for Arraignment as to Jorge Gonzalez. Arraignment is set for 12/27/2006 10:00 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Susan Russ Walker on 12/14/06. (kcg, ) (Entered: 12/14/2006) |
| 12/27/2006 | 14 | Minute Entry for proceedings held before Judge Charles S. Coody :Arraignment as to Jorge Gonzalez (1) Count 1 held on 12/27/2006, Initial Appearance as to Jorge Gonzalez held on 12/27/2006, Plea entered by Jorge Gonzalez Not Guilty on count 1 of the Indictment. (Recording Time FTR: 11:42 - 11:48.) (ws, ) (Entered: 12/27/2006) |
| 12/28/2006 | 15 | ORDER ON ARRAIGNMENT to include ORDER TO CONTINUE - Ends of Justice as to Jorge Gonzalez; Pretrial Conference set for 1/12/2007 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. Jury Trial set for 3/12/2007 before Hon. Chief Judge Mark E. Fuller. Pretrial Motions due two days before the first pretrial conference; Discovery due from the government by 12/27/06 and from the defendant by 1/3/2007. Signed by Judge Charles S. Coody on 12/28/06. (ajr, ) (Entered: 12/28/2006) |
| 01/05/2007 | 16 | MOTION for Bill of Particulars by USA as to Jorge Gonzalez. (Harmon, John) (Entered: 01/05/2007) |
| 01/10/2007 | 17 | MOTION to Suppress *Search* by Jorge Gonzalez. (Attachments: # 1 Exhibit 1 - Alabama Traffic Warning)(Petersen, Michael) (Entered: 01/10/2007) |
| 01/12/2007 | | (Court only) ***Motions terminated as to Jorge Gonzalez: 16 MOTION for Bill of Particulars filed by USA. [Document inadvertently filed as a motion, counsel notified telephonically]. (kcg, ) (Entered: 01/12/2007) |
| 01/12/2007 | 18 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Jorge Gonzalez held on 1/12/2007 (Recording Time FTR: 1:27 - 1:30.) (ws, ) (Entered: 01/12/2007) |
| 01/12/2007 | 19 | MOTION to Continue trial by Jorge Gonzalez. (Petersen, Michael) (Entered: 01/12/2007) |
| 01/16/2007 | 20 | PRETRIAL CONFERENCE ORDER as to Jorge Gonzalez Jury Selection set for 3/12/2007 before Hon. Chief Judge Mark E. Fuller. Jury Trial [ETT 2 days] is set for 3/12/2007 before Hon. Chief Judge Mark E. Fuller. Defendant's Motion to Suppress Search (Doc. #17) is currently pending; Voir Dire due by 3/5/2007; Proposed Jury Instructions due by 3/5/2007; Motions in Limine due by 3/5/2007; Notice of Intent to Change Plea due by noon on 3/1/2007. Signed by Judge Charles S. Coody on 1/16/07. (kcg, |

| | | |
|---|---|---|
| | | ) (Entered: 01/16/2007) |
| 01/17/2007 | 21 | ORDER TO CONTINUE - Ends of Justice as to Jorge Gonzalez. GRANTING 19 MOTION to Continue trial filed by Jorge Gonzalez. Jury Trial set for 3/12/2007 is continued to 7/9/2007 before Hon. Chief Judge Mark E. Fuller. The Magistrate Judge shall conduct a pretrial conference prior to the July 9, 2007 trial term. Signed by Judge Mark E. Fuller on 1/17/07. (kcg, ) (Entered: 01/17/2007) |
| 01/17/2007 | 22 | ORDER as to Jorge Gonzalez that based upon this court's order setting the trial in the above-styled case on the July 9, 2007 trial term, and for good cause, it is ORDERED that a final Pretrial Conference be and hereby is set for 5/14/2007 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, however that the deadline for the filing of pretrial, dispositive motions is not extended. Signed by Judge Charles S. Coody on 1/17/07. (kcg, ) (Entered: 01/17/2007) |
| 01/18/2007 | 23 | ORDER as to Jorge Gonzalez that on January 10, 2007, the defendant filed motion to suppress (doc. #17). Upon consideration of the motion for leave to file a motion to suppress, and for good cause, it is ORDERED that on or before 4/25/2007, the United States shall file a response to the motion to suppress. It is further ORDERED that an Evidentiary Hearing on the motion to suppress be and is hereby SET for 5/9/2007 10:00 AM in Courtroom 4B before Honorable Charles S. Coody. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. Signed by Judge Charles S. Coody on 1/18/07. (kcg, ) (Entered: 01/18/2007) |
| 03/12/2007 | 24 | MOTION for Reconsideration re 9 Order of Detention, by Jorge Gonzalez. (Attachments: # 1 Exhibit Attach 1 - Hoover Municipal Court Documents.pdf# 2 Exhibit Attach 2a - Alacourt search Gonzales Jorge.pdf# 3 Exhibit Attach 2b - Alacourt search Gonzalez + DOB.pdf# 4 Exhibit Attach 2c - Alacourt search Gonzalez Jorge.pdf# 5 Exhibit Attach 3 - Judgment from Texas.pdf)(Petersen, Michael) (Entered: 03/12/2007) |
| 03/14/2007 | 25 | ORDER as to Jorge Gonzalez re 24 MOTION for Reconsideration re 9 Order of Detention, filed by Jorge Gonzalez. That on or before 3/27/07, the United States shall file a response to the motion. That a Hearing on the Motion is set for 3/29/2007 09:00 AM in Courtroom 4B before Honorable Charles S. Coody. The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing. Signed by Judge Charles S. Coody on 3/14/07. (ws ) (Entered: 03/14/2007) |
| 03/16/2007 | 26 | MOTION to reset date of reopened detention hearing re 25 Order,, Set Hearings, by Jorge Gonzalez. (Petersen, Michael) (Entered: 03/16/2007) |

| 03/19/2007 | 27 | ORDER as to Jorge Gonzalez granting 26 MOTION to reset date of reopened detention hearing; Motion Hearing set for 3/29/07 is RESET for 3/26/2007 02:00 PM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Mark E. Fuller on 3/19/07. (ajr, ) (Entered: 03/19/2007) |
|---|---|---|
| 03/22/2007 | 28 | RESPONSE to Motion by USA as to Jorge Gonzalez re 24 MOTION for Reconsideration re 9 Order of Detention, (Redmond, Susan) (Entered: 03/22/2007) |
| 03/26/2007 | 29 | Minute Entry for proceedings held before Judge Charles S. Coody :Motion Hearing as to Jorge Gonzalez held on 3/26/2007 re 24 MOTION for Reconsideration re 9 Order of Detention filed by Jorge Gonzalez, (PDF available for court use only) (Recording Time FTR: 2:01 - 2:31.) (Attachments: # 1 Witness List) (ws, ) (Entered: 03/26/2007) |
| 03/26/2007 |  | ORAL ORDER (in open court) denying 24 Motion for Reconsideration Detention as to Jorge Gonzalez (1). Signed by Judge Charles S. Coody on 3/26/07. (ws) (Entered: 03/26/2007) |
| 04/25/2007 | 30 | RESPONSE to Motion by USA as to Jorge Gonzalez re 17 MOTION to Suppress *Search* (Redmond, Susan) (Entered: 04/25/2007) |
| 05/04/2007 | 31 | MOTION to Continue *Evidentiary Hearing* by USA as to Jorge Gonzalez. (Redmond, Susan) (Entered: 05/04/2007) |
| 05/07/2007 | 32 | ORDER as to Jorge Gonzalez GRANTING 31 MOTION to Continue *Evidentiary Hearing* filed by USA. Evidentiary Hearing set for 5/9/2007 is RESET for 5/23/2007 01:30 PM in Courtroom 4B before Honorable Charles S. Coody. The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing. Signed by Judge Charles S. Coody on 5/7/07. (kcg, ) (Entered: 05/07/2007) |
| 05/14/2007 | 33 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Jorge Gonzalez held on 5/14/2007 (PDF available for court use only) (Recording Time FTR: 1:08 - 1:09.) (ws, ) (Entered: 05/14/2007) |
| 05/23/2007 | 34 | Minute Entry for proceedings held before Judge Charles S. Coody :Evidentiary Hearing as to Jorge Gonzalez held on 5/23/2007 re 17 MOTION to Suppress *Search* filed by Jorge Gonzalez, (PDF available for court use only) (Court Reporter Mitchell Reisner.) (Attachments: # 1 Witness List) (ws, ) (Entered: 05/24/2007) |
| 05/31/2007 | 35 | REPORT AND RECOMMENDATION as to Jorge Gonzalez; that defendant's 17 MOTION to Suppress be denied; Objections to R&R due by 6/13/2007. Signed by Judge Charles S. Coody on 5/31/07. (ajr, ) (Entered: 05/31/2007) |
| 06/01/2007 | 36 | TRANSCRIPT of Motion to Suppress Proceedings (PDF available for court use only) as to Jorge Gonzalez held on 5/23/07 before Judge Charles |

| | | |
|---|---|---|
| | | S. Coody. Court Reporter: Mitchell Reisner. (kcg, ) (Entered: 06/01/2007) |
| 06/13/2007 | 37 | OBJECTION TO REPORT AND RECOMMENDATIONS 35 by Jorge Gonzalez (Petersen, Michael) (Entered: 06/13/2007) |
| 06/18/2007 | 38 | MOTION to Strike *Forfeiture Allegation* by USA as to Jorge Gonzalez. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 06/18/2007) |
| 06/19/2007 | 39 | ORDER granting 38 Government's Motion to Strike Forfeiture Allegation as to Jorge Gonzalez (1). Signed by Judge Mark E. Fuller on 6/19/07. (kcg, ) (Entered: 06/19/2007) |
| 06/19/2007 | 40 | ORDER as to Jorge Gonzalez re 37 Objection to Report and Recommendations filed by Jorge Gonzalez. 1. The defendant's objection (Doc. #37) to the Recommendation of the Magistrate Judge filed June 13, 2007 is overruled; 2. The 35 REPORT AND RECOMMENDATION of the Magistrate Judge is adopted; and 3. The defendant's 17 MOTION to Suppress *Search* filed by Jorge Gonzalez is DENIED . Signed by Judge Mark E. Fuller on 6/19/07. (kcg, ) (Entered: 06/19/2007) |
| 06/26/2007 | 41 | NOTICE OF INTENT TO CHANGE PLEA by Jorge Gonzalez (Petersen, Michael) (Entered: 06/26/2007) |
| 06/26/2007 | 42 | ORDER as to Jorge Gonzalez setting Change of Plea Hearing for 7/2/2007 11:30 AM in Courtroom 4B before Honorable Charles S. Coody; directing the Clerk to provide a court reporter for this proceeding. Signed by Judge Charles S. Coody on 6/26/07. (ajr, ) (Entered: 06/26/2007) |
| 07/02/2007 | 43 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Jorge Gonzalez (ws, ) (Entered: 07/02/2007) |
| 07/02/2007 | 44 | PLEA AGREEMENT as to Jorge Gonzalez (ws, ) (Entered: 07/02/2007) |
| 07/02/2007 | 45 | Minute Entry for proceedings held before Judge Charles S. Coody :Change of Plea Hearing as to Jorge Gonzalez held on 7/2/2007 (PDF available for court use only), Plea entered by Jorge Gonzalez (1) Guilty to Count 1. (PDF available for court use only) (Court Reporter Risa Entrekin.) (ws, ) (Entered: 07/02/2007) |
| 07/02/2007 | | Terminated Jury Selection and Trial Proceedings as to Jorge Gonzalez per guilty plea entered on 7/2/07. (kcg, ) (Entered: 07/05/2007) |
| 07/09/2007 | 46 | ORDER as to Jorge Gonzalez Sentencing set for 9/13/2007 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller, as further set out. Signed by Judge Mark E. Fuller on 7/9/07. (kcg, ) (Entered: 07/09/2007) |
| 09/11/2007 | 47 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Jorge Gonzalez. (Redmond, Susan) (Entered: 09/11/2007) |
| 09/13/2007 | 48 | Minute Entry for proceedings held before Judge Mark E. Fuller :Sentencing held on 9/13/2007 as to Jorge Gonzalez (1) (PDF available for |

| | | |
|---|---|---|
| | | court use only) (Court Reporter Patricia Starkie.) (kcg, ) (Entered: 09/19/2007) |
| 09/13/2007 | | ORAL ORDER as to Jorge Gonzalez GRANTING 47 MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility filed by USA. Signed by Judge Mark E. Fuller on 9/13/07. (kcg, ) (Entered: 09/19/2007) |
| 09/19/2007 | 49 | JUDGMENT as to Jorge Gonzalez (1), Count(s) 1, 33 Mos Imp; 3 Yrs Sup Rel; $100 SA. Signed by Judge Mark E. Fuller on 9/19/07. (kcg, ) (Entered: 09/19/2007) |
| 09/19/2007 | | (Court only) ***Case Terminated as to Jorge Gonzalez (kcg, ) (Entered: 09/19/2007) |
| 09/28/2007 | 50 | NOTICE OF APPEAL by Jorge Gonzalez re 49 Judgment (Petersen, Michael) (Entered: 09/28/2007) |
| 10/01/2007 | 51 | Transmission of Notice of Appeal and Certified Copy Docket Sheet and Order as to Jorge Gonzalez to US Court of Appeals re 50 Notice of Appeal - Final Judgment (ydw, ) (Entered: 10/01/2007) |