Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

November 05, 2007

**Appeal Number: 07-14651-J**
Case Style: USA v. Jorge Gonzalez
District Court Number:  06-00295 CR-F-N

TO:   Mitchell Reisner

CC:   Michael John Petersen

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   John T. Harmon

CC:   Susan Redmond

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 05, 2007

Mitchell Reisner
222 CLOVERFIELD RD
HOPE HULL  AL  36043-5550

**Appeal Number: 07-14651-J**
Case Style: USA v. Jorge Gonzalez
District Court Number:  06-00295 CR-F-N

TRANSCRIPT DUE:  November 14, 2007
_____
(30 days from appellant's certification)

We have not received your acknowledgement of the enclosed transcript order form and certification of completion of financial arrangements.  We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

c:  District Court Clerk
    Counsel of Record


Encl.

RPTR-1 (03-2004)

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.   TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __USA__ vs __Jorge Gonzalez__

District Court No.: __2:06-cr-295-MEF__   Date Notice of Appeal Filed: __9/28/07__   Court of Appeals No.: __07-14651-J__ (If Available)

CHOOSE ONE:   ☐ No hearing   ☐ No transcript is required for appeal purposes   ☒ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|
| ☐ Pre-Trial Proceedings | | |
| ☐ Trial | | |
| ☐ Sentence | | |
| ☒ Other  Motion to Suppress-May 23, 2007 | Judge Charles Coody | Mitchell Reisner/Received |

RECEIVED 2007 OCT 15 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __Michael J. Petersen, Esq., Federal Defenders, Middle District of AL__

Name of Firm: __Federal Defenders Program, Inc.__

Street Address/P.O. Box: __201 Monroe Street, Suite 407__

City/State/Zip Code: __Montgomery, AL   36104__   Phone No.: __(334) 834-2099__

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: __10/15/07__   SIGNED: __[signature]__   Attorney for: __Jorge Gonzalez__

## PART II.   COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: _____

☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____

DATE: _____   SIGNED: _____   Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____   Signature of Court Reporter: _____

GPO U.S. GOVERNMENT PRINTING OFFICE: 2005-735-932/39003