## UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

| | | |
|---|---|---|
| DEBRA P. HACKETT | | TELEPHONE |
| CLERK | November 26, 2007 | (334) 954-3610 |

Mr. Thomas K. Kahn, Clerk  USDC No **CR-06-F-295-N**
USCA, Eleventh Circuit
56 Forsyth Street, NW  USCA No. __07-14651-J__
Atlanta, GA   30303

In Re: **USA VS. JORGE GONZALEZ**

_____

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

__1__ Volume(s) of Pleadings

__1__ Volume(s) of Transcripts

___ Exhibits: ___ Box: ___ Binders: ___ Envelopes;

___ Other: __1__ SEAL Envelope (s) : __1__ PSI(s)

____Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk


By: **Yolanda Williams**

cc**: MICHAEL JOHN PETERSEN**
    **JOHN T. HARMON**
    **SUSAN REDMOND**
    **LEURA GARRETT CANARY**

27BC, APPEAL, CLOSED

# U.S. District Court
# Alabama Middle District (Montgomery)
# CRIMINAL DOCKET FOR CASE #: 2:06-cr-00295-MEF-CSC All Defendants
# Internal Use Only

Case title: USA v. Gonzalez
Magistrate judge case number: 2:06-mj-00132-CSC

Date Filed: 12/13/2006
Date Terminated: 09/19/2007

---

Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Charles S. Coody

Appeals court case number: '07-14651-J' 'USCA'

**Defendant**

**Jorge Gonzalez** (1)
*TERMINATED: 09/19/2007*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Michael J. Petersen**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 334-834-0353
Email: michael_petersen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

**Disposition**

31:5332(a)(1); BULK CASH SMUGGLING INTO OR OUT OF THE UNITED STATES; NMT $250,000 [*]; NMT 5Y or B; NMT 3Y SUP REL; $100 SA; G-LINES; VWPA; FORFEITURE ALLEGATION (1)

33 Mos Imp; 3 Yrs Sup Rel; $100 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

31:5332

**Disposition**

**Plaintiff**

USA       represented by   **John T. Harmon**
U.S. Attorneys Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7560
Email: john.harmon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan R. Redmond**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: susan.redmond@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2006 |  | Arrest of Jorge Gonzalez (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | 1 | COMPLAINT as to Jorge Gonzalez (1). (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | 2 | *SEALED* WARRANT Issued as to Jorge Gonzalez. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | 3 | MOTION for Detention Hearing by USA as to Jorge Gonzalez. (Redmond, Susan) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 SEALED | 4 | CJA 23 Financial Affidavit by Jorge Gonzalez (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 |  | ORAL MOTION to Appoint Counsel by Jorge Gonzalez. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 |  | ORDER (ORAL) granting [] Oral Motion to Appoint Counsel: Appointed Federal Defender for Jorge Gonzalez as to Jorge Gonzalez (1). Signed by Judge Delores R. Boyd on 11/22/2006. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | 5 | Minute Entry for proceedings held before Judge Delores R. Boyd :Initial Appearance as to Jorge Gonzalez held on 11/22/2006 (Recording Time 2:56 - 3:10 pm.) (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 | 6 | ORDER as to Jorge Gonzalez Detention Hearing set for 11/28/2006 11:00 AM in Courtroom 4A before Honorable Delores R. Boyd. Preliminary Examination set for 11/28/2006 11:00 AM in Courtroom 4A before Honorable Delores R. Boyd.. Signed by Judge Delores R. Boyd on 11/22/2006. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/22/2006) |
| 11/22/2006 |  | (Court only) ***Motions terminated as to Jorge Gonzalez: 3 MOTION for Detention Hearing filed by USA,. (sql, ) (Entered: 12/15/2006) |
| 11/27/2006 | 7 | NOTICE OF ATTORNEY APPEARANCE: Michael J. Petersen appearing for Jorge Gonzalez (Petersen, Michael) [2:06-mj-00132-CSC] (Entered: 11/27/2006) |
| 11/28/2006 | 8 | Minute Entry for proceedings held before Judge Delores R. Boyd :Detention Hearing as to Jorge Gonzalez held on 11/28/2006, Preliminary Examination as to Jorge Gonzalez held on 11/28/2006 (Recording Time 11:05 - 11:46 am.) (Attachments: # 1 Witness List) (sql, ) [2:06-mj-00132-CSC] (Entered: 11/28/2006) |
| 11/28/2006 | 9 | ORDER OF DETENTION as to Jorge Gonzalez . Signed by Judge Delores R. Boyd on 11/28/2006. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/28/2006) |

CONT. VOL. 1

| | | | |
|---|---|---|---|
| 11/28/2006 SEALED | | 10 | Arrest Warrant Returned Executed in case as to Jorge Gonzalez. Defendant arrested on 11/21/2006. (sql, ) [2:06-mj-00132-CSC] (Entered: 11/29/2006) |
| 12/04/2006 | | | Case as to Jorge Gonzalez Reassigned to Judge Charles S. Coody. Judge Delores R. Boyd no longer assigned to the case. (ws, ) [2:06-mj-00132-CSC] (Entered: 12/04/2006) |
| 12/13/2006 | | 11 | INDICTMENT as to Jorge Gonzalez (1) count(s) 1. (kcg, ) Additional attachment(s) added on 12/14/2006 (kcg, ). (Entered: 12/14/2006) |
| 12/13/2006 | | 12 | Limits of Punishment as to Jorge Gonzalez: (kcg, ) (Entered: 12/14/2006) |
| 12/14/2006 | | 13 | ORDER to Produce Prisoner for Arraignment as to Jorge Gonzalez. Arraignment is set for 12/27/2006 10:00 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Susan Russ Walker on 12/14/06. (kcg, ) (Entered: 12/14/2006) |
| 12/27/2006 | | 14 | Minute Entry for proceedings held before Judge Charles S. Coody :Arraignment as to Jorge Gonzalez (1) Count 1 held on 12/27/2006, Initial Appearance as to Jorge Gonzalez held on 12/27/2006, Plea entered by Jorge Gonzalez Not Guilty on count 1 of the Indictment. (Recording Time FTR: 11:42 - 11:48.) (ws, ) (Entered: 12/27/2006) |
| 12/28/2006 | | 15 | ORDER ON ARRAIGNMENT to include ORDER TO CONTINUE - Ends of Justice as to Jorge Gonzalez; Pretrial Conference set for 1/12/2007 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. Jury Trial set for 3/12/2007 before Hon. Chief Judge Mark E. Fuller. Pretrial Motions due two days before the first pretrial conference; Discovery due from the government by 12/27/06 and from the defendant by 1/3/2007. Signed by Judge Charles S. Coody on 12/28/06. (ajr, ) (Entered: 12/28/2006) |
| 01/05/2007 | | 16 | MOTION for Bill of Particulars by USA as to Jorge Gonzalez. (Harmon, John) (Entered: 01/05/2007) |
| 01/10/2007 | | 17 | MOTION to Suppress *Search* by Jorge Gonzalez. (Attachments: # 1 Exhibit 1 - Alabama Traffic Warning)(Petersen, Michael) (Entered: 01/10/2007) |
| 01/12/2007 | | | (Court only) ***Motions terminated as to Jorge Gonzalez: 16 MOTION for Bill of Particulars filed by USA. [Document inadvertently filed as a motion, counsel notified telephonically]. (kcg, ) (Entered: 01/12/2007) |
| 01/12/2007 | | 18 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Jorge Gonzalez held on 1/12/2007 (Recording Time FTR: 1:27 - 1:30.) (ws, ) (Entered: 01/12/2007) |
| 01/12/2007 | | 19 | MOTION to Continue trial by Jorge Gonzalez. (Petersen, Michael) (Entered: 01/12/2007) |
| 01/16/2007 | | 20 | PRETRIAL CONFERENCE ORDER as to Jorge Gonzalez Jury Selection set for 3/12/2007 before Hon. Chief Judge Mark E. Fuller. Jury Trial [ETT |

**CONT. VOL. 1.**

| | | |
|---|---|---|
| | | 2 days] is set for 3/12/2007 before Hon. Chief Judge Mark E. Fuller. Defendant's Motion to Suppress Search (Doc. #17) is currently pending; Voir Dire due by 3/5/2007; Proposed Jury Instructions due by 3/5/2007; Motions in Limine due by 3/5/2007; Notice of Intent to Change Plea due by noon on 3/1/2007. Signed by Judge Charles S. Coody on 1/16/07. (kcg, ) (Entered: 01/16/2007) |
| 01/17/2007 | 21 | ORDER TO CONTINUE - Ends of Justice as to Jorge Gonzalez. GRANTING 19 MOTION to Continue trial filed by Jorge Gonzalez. Jury Trial set for 3/12/2007 is continued to 7/9/2007 before Hon. Chief Judge Mark E. Fuller. The Magistrate Judge shall conduct a pretrial conference prior to the July 9, 2007 trial term. Signed by Judge Mark E. Fuller on 1/17/07. (kcg, ) (Entered: 01/17/2007) |
| 01/17/2007 | 22 | ORDER as to Jorge Gonzalez that based upon this court's order setting the trial in the above-styled case on the July 9, 2007 trial term, and for good cause, it is ORDERED that a final Pretrial Conference be and hereby is set for 5/14/2007 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, however that the deadline for the filing of pretrial, dispositive motions is not extended. Signed by Judge Charles S. Coody on 1/17/07. (kcg, ) (Entered: 01/17/2007) |
| 01/18/2007 | 23 | ORDER as to Jorge Gonzalez that on January 10, 2007, the defendant filed motion to suppress (doc. #17). Upon consideration of the motion for leave to file a motion to suppress, and for good cause, it is ORDERED that on or before 4/25/2007, the United States shall file a response to the motion to suppress. It is further ORDERED that an Evidentiary Hearing on the motion to suppress be and is hereby SET for 5/9/2007 10:00 AM in Courtroom 4B before Honorable Charles S. Coody. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. Signed by Judge Charles S. Coody on 1/18/07. (kcg, ) (Entered: 01/18/2007) |
| 03/12/2007 | 24 | MOTION for Reconsideration re 9 Order of Detention, by Jorge Gonzalez. (Attachments: # 1 Exhibit Attach 1 - Hoover Municipal Court Documents.pdf# 2 Exhibit Attach 2a - Alacourt search Gonzales Jorge.pdf# 3 Exhibit Attach 2b - Alacourt search Gonzalez + DOB.pdf# 4 Exhibit Attach 2c - Alacourt search Gonzalez Jorge.pdf# 5 Exhibit Attach 3 - Judgment from Texas.pdf)(Petersen, Michael) (Entered: 03/12/2007) |
| 03/14/2007 | 25 | ORDER as to Jorge Gonzalez re 24 MOTION for Reconsideration re 9 Order of Detention, filed by Jorge Gonzalez. That on or before 3/27/07, the United States shall file a response to the motion. That a Hearing on the Motion is set for 3/29/2007 09:00 AM in Courtroom 4B before Honorable Charles S. Coody. The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing. Signed by Judge Charles S. Coody on 3/14/07. (ws ) (Entered: |

**CONT. VOL. 1.**

| | | 03/14/2007) |
|---|---|---|
| 03/16/2007 | 26 | MOTION to reset date of reopened detention hearing re 25 Order,, Set Hearings, by Jorge Gonzalez. (Petersen, Michael) (Entered: 03/16/2007) |
| 03/19/2007 | 27 | ORDER as to Jorge Gonzalez granting 26 MOTION to reset date of reopened detention hearing; Motion Hearing set for 3/29/07 is RESET for 3/26/2007 02:00 PM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Mark E. Fuller on 3/19/07. (ajr, ) (Entered: 03/19/2007) |
| 03/22/2007 | 28 | RESPONSE to Motion by USA as to Jorge Gonzalez re 24 MOTION for Reconsideration re 9 Order of Detention, (Redmond, Susan) (Entered: 03/22/2007) |
| 03/26/2007 | 29 | Minute Entry for proceedings held before Judge Charles S. Coody :Motion Hearing as to Jorge Gonzalez held on 3/26/2007 re 24 MOTION for Reconsideration re 9 Order of Detention filed by Jorge Gonzalez, (PDF available for court use only) (Recording Time FTR: 2:01 - 2:31.) (Attachments: # 1 Witness List) (ws, ) (Entered: 03/26/2007) |
| 03/26/2007 | | ORAL ORDER (in open court) denying 24 Motion for Reconsideration Detention as to Jorge Gonzalez (1). Signed by Judge Charles S. Coody on 3/26/07. (ws) (Entered: 03/26/2007) |
| 04/25/2007 | 30 | RESPONSE to Motion by USA as to Jorge Gonzalez re 17 MOTION to Suppress *Search* (Redmond, Susan) (Entered: 04/25/2007) |
| 05/04/2007 | 31 | MOTION to Continue *Evidentiary Hearing* by USA as to Jorge Gonzalez. (Redmond, Susan) (Entered: 05/04/2007) |
| 05/07/2007 | 32 | ORDER as to Jorge Gonzalez GRANTING 31 MOTION to Continue *Evidentiary Hearing* filed by USA. Evidentiary Hearing set for 5/9/2007 is RESET for 5/23/2007 01:30 PM in Courtroom 4B before Honorable Charles S. Coody. The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing. Signed by Judge Charles S. Coody on 5/7/07. (kcg, ) (Entered: 05/07/2007) |
| 05/14/2007 | 33 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Jorge Gonzalez held on 5/14/2007 (PDF available for court use only) (Recording Time FTR: 1:08 - 1:09.) (ws, ) (Entered: 05/14/2007) |
| 05/23/2007 | 34 | Minute Entry for proceedings held before Judge Charles S. Coody :Evidentiary Hearing as to Jorge Gonzalez held on 5/23/2007 re 17 MOTION to Suppress *Search* filed by Jorge Gonzalez, (PDF available for court use only) (Court Reporter Mitchell Reisner.) (Attachments: # 1 Witness List) (ws, ) (Entered: 05/24/2007) |
| 05/31/2007 | 35 | REPORT AND RECOMMENDATION as to Jorge Gonzalez; that defendant's 17 MOTION to Suppress be denied; Objections to R&R due |

**CONT. VOL. 1.**

| | | |
|---|---|---|
| | | by 6/13/2007. Signed by Judge Charles S. Coody on 5/31/07. (ajr, ) (Entered: 05/31/2007) |
| 06/01/2007 | 36 | **VOLUME 2**<br>TRANSCRIPT of Motion to Suppress Proceedings (PDF available for court use only) as to Jorge Gonzalez held on 5/23/07 before Judge Charles S. Coody. Court Reporter: Mitchell Reisner. (kcg, ) (Entered: 06/01/2007) |
| 06/13/2007 | 37 | OBJECTION TO REPORT AND RECOMMENDATIONS 35 by Jorge Gonzalez (Petersen, Michael) (Entered: 06/13/2007) |
| 06/18/2007 | 38 | MOTION to Strike *Forfeiture Allegation* by USA as to Jorge Gonzalez. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 06/18/2007) |
| 06/19/2007 | 39 | ORDER granting 38 Government's Motion to Strike Forfeiture Allegation as to Jorge Gonzalez (1). Signed by Judge Mark E. Fuller on 6/19/07. (kcg, ) (Entered: 06/19/2007) |
| 06/19/2007 | 40 | ORDER as to Jorge Gonzalez re 37 Objection to Report and Recommendations filed by Jorge Gonzalez. 1. The defendant's objection (Doc. #37) to the Recommendation of the Magistrate Judge filed June 13, 2007 is overruled; 2. The 35 REPORT AND RECOMMENDATION of the Magistrate Judge is adopted; and 3. The defendant's 17 MOTION to Suppress *Search* filed by Jorge Gonzalez is DENIED . Signed by Judge Mark E. Fuller on 6/19/07. (kcg, ) (Entered: 06/19/2007) |
| 06/26/2007 | 41 | NOTICE OF INTENT TO CHANGE PLEA by Jorge Gonzalez (Petersen, Michael) (Entered: 06/26/2007) |
| 06/26/2007 | 42 | ORDER as to Jorge Gonzalez setting Change of Plea Hearing for 7/2/2007 11:30 AM in Courtroom 4B before Honorable Charles S. Coody; directing the Clerk to provide a court reporter for this proceeding. Signed by Judge Charles S. Coody on 6/26/07. (ajr, ) (Entered: 06/26/2007) |
| 07/02/2007 | 43 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Jorge Gonzalez (ws, ) (Entered: 07/02/2007) |
| 07/02/2007 | 44 | PLEA AGREEMENT as to Jorge Gonzalez (ws, ) (Entered: 07/02/2007) |
| 07/02/2007 | 45 | Minute Entry for proceedings held before Judge Charles S. Coody :Change of Plea Hearing as to Jorge Gonzalez held on 7/2/2007 (PDF available for court use only), Plea entered by Jorge Gonzalez (1) Guilty to Count 1. (PDF available for court use only) (Court Reporter Risa Entrekin.) (ws, ) (Entered: 07/02/2007) |
| 07/02/2007 | | Terminated Jury Selection and Trial Proceedings as to Jorge Gonzalez per guilty plea entered on 7/2/07. (kcg, ) (Entered: 07/05/2007) |
| 07/09/2007 | 46 | ORDER as to Jorge Gonzalez Sentencing set for 9/13/2007 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller, as further set out. Signed by Judge Mark E. Fuller on 7/9/07. (kcg, ) (Entered: 07/09/2007) |

**CONT. VOL. 1.**

| | | |
|---|---|---|
| 09/11/2007 | 47 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Jorge Gonzalez. (Redmond, Susan) (Entered: 09/11/2007) |
| 09/13/2007 | 48 | Minute Entry for proceedings held before Judge Mark E. Fuller :Sentencing held on 9/13/2007 as to Jorge Gonzalez (1) (PDF available for court use only) (Court Reporter Patricia Starkie.) (kcg, ) (Entered: 09/19/2007) |
| 09/13/2007 |  | ORAL ORDER as to Jorge Gonzalez GRANTING 47 MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility filed by USA. Signed by Judge Mark E. Fuller on 9/13/07. (kcg, ) (Entered: 09/19/2007) |
| 09/19/2007 | 49 | JUDGMENT as to Jorge Gonzalez (1), Count(s) 1, 33 Mos Imp; 3 Yrs Sup Rel; $100 SA. Signed by Judge Mark E. Fuller on 9/19/07. (kcg, ) (Entered: 09/19/2007) |
| 09/19/2007 |  | (Court only) ***Case Terminated as to Jorge Gonzalez (kcg, ) (Entered: 09/19/2007) |
| 09/28/2007 | 50 | NOTICE OF APPEAL by Jorge Gonzalez re 49 Judgment (Petersen, Michael) (Entered: 09/28/2007) |
| 10/01/2007 | 51 | Transmission of Notice of Appeal and Certified Copy Docket Sheet and Order as to Jorge Gonzalez to US Court of Appeals re 50 Notice of Appeal - Final Judgment (ydw, ) Additional attachment(s) added on 10/1/2007 (ydw, ). (Entered: 10/01/2007) |
| 10/05/2007 **SEALED** | 52 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Jorge Gonzalez (kcg, ) (Entered: 10/05/2007) |
| 10/12/2007 | 53 | USCA Case Number as to Jorge Gonzalez 07-14651-J for 50 Notice of Appeal - Final Judgment filed by Jorge Gonzalez. (ydw, ) (Entered: 10/17/2007) |
| 10/15/2007 | 54 | RECEIVED TRANSCRIPT REQUEST re 50 Notice of Appeal - Final Judgment from Michael J. Petersen counsel for Jorge Gonzalez, with following notation: Ordering Motion to Suppress proceedings held on 5/23/07 before Judge Charles S. Coody, Mitchell Reisner C/R. Copy to MR/CR (ydw, ) (Entered: 10/17/2007) |
| 11/05/2007 | 55 | USCA LETTER as to Jorge Gonzalez to Court Reporter Mitchel Reisner reference Acknowledgement of Transcript Due: November 14, 2007. (ydw, ) (Entered: 11/05/2007) |

**END VOL. 1.**