

Regina Veals-Gillis/CA11/11/USCOURTS

02/04/2008 01:57 PM

To Yolanda Williams/ALMD/11/USCOURTS@USCOURTS

cc Donna Norfleet/ALMD/11/USCOURTS@USCOURTS

bcc

Subject 07-14651-JJ (DC: 2:06-00295 CR F N)

CA11# 07-14651-JJ
USA v. Jorge Gonzalez
MAL: 2:06-00295 CR F N
----------------------------------------
Please foward the roa