# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

**DEBRA P. HACKETT,**  
  **CLERK**

**MAILING ADDRESS:**  
**U. S. DISTRICT COURT**  
ONE CHURCH ST., RM B-110  
MONTGOMERY, AL  36104  
(334) 954-3610

---

Thomas K. Kahn, Clerk  
United States Court of Appeals  
Eleventh Circuit            **Re:**   District Court No **CR-06-F-295-N**  
56 Forsyth Street, N.W.  
Atlanta, Georgia  30303         Court of Appeals No. **07-14651-JJ**

### USA VS. JORGE GONZALEZ

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

- ☐ Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
- ☐ First Notice of Appeal:  Yes ☐  No ☐  Other notices (dates): ___
- ☐ Other:
- ☒ The Judge or Magistrate Judge appealed from is: **MARK E. FULLER**
- ☐ The Court Reporter (s) is/are:
- ☐ A hearing was not held in the case.  ☐ An **audio tape** is available for transcription of the court hearing
- ☐ The appellant DOCKET FEE has been paid:  Yes ☐ No ☐ Date paid:
- ☐ Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.
- ☐ Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]  
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability  
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Copy of CJA form / order appointing counsel.
- ☒ Certified record on appeal consisting of : **1** Volume(s) of pleadings; **1** PSI (s); **1** Volume(s) of transcript; __ Folder(s) of exhibits/depositions; ___ Supplemental file(s)**X SEALED DOC. ENVELOPE**
- ☐ ORIGINAL PAPERS: __Volume(s) of pleadings; ___ Volume(s) of transcript; ___ folders
- ☐ This is an appeal of a bankruptcy order.  Bankruptcy Judge _____
- ☐ This is a DEATH PENALTY appeal.

Very truly yours,

YOLANDA WILLIA  
Deputy Clerk